

**FILED**

OCT 0 6 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Nicola C. Bucci
(Name of Plaintiff)

500 Union Ave.
(Address of Plaintiff)

Fairfield CA. 94533

2:08CV 2351 MCE EFB (PS)
(Case Number)

vs.

COMPLAINT

Patrick Clancy Attorney at Law
1600 S. Main St. Suite 195
3700 Mt. Diablo #200
Walnut Creek CA. 94596
Lafatte CA. 94549
(Names of Defendants)

I. Previous Lawsuits:

 A. Have you brought any other lawsuits while a prisoner: ☐ Yes ☒ No

 B. If your answer to A is yes, how many?: __N/A__ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

  1. Parties to this previous lawsuit:

  Plaintiff __N/A__

  Defendants _____

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County)
   __N/A__

3. Docket Number __N/A__

4. Name of judge to whom case was assigned __N/A__

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
   __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?    ☐ Yes    ☐ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
                                                                        ☐ Yes    ☐ No
      If your answer is no, explain why not __N/A__

   C. Is the grievance process completed?    N/A    ☐ Yes    ☐ No

III. Defendants

   (In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

   A. Defendant __Patrick Clancy "Clancy litale"__ is employed as __a Officer of Law Attorney__ at __Lafatte Law Firm, Contra Costa County__

   B. Additional defendants _____

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1-7-2007 Patrick Clancy was hired as my defense attorney, and paid a sum of $80,000 US dollars to represent my defense case #2006018520. While and during Mr. Clancy was my defense counsel he was reluctant to prepare affirmative defense case. Mr. Clancy, was my defense from 1-7-2007 through 10-12-2007 a total of ten months. And during that time did not provide adequancy of prepared representation. Due to Mr. Clancy and his inability to provide representation, lack of professionalism, lack of professional integrity, lack of professional conduct, negligence, carelessness in handling and managing matters for my defense, and his attorney conduct constituting moral and ethic turpitude.

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

To be awarded $2,000,000 US dollars due to Patrick Clancy Officer of Law Attorney using and violated my U.S.C.A. Amend 6, and my Due Process. To be awarded $1,000,000 US dollars due to continued emotional and mental distress, intentional infliction of anguish, pain and suffering this continues to cause me.

Signed this __1__ day of __October__, 19 2008.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

10 | 1 | 08
(Date)

_____
(Signature of Plaintiff)

8

## GOVERNMENT TORT CLAIM FORM

(PLEASE TYPE OR PRINT ALL INFORMATION REQUESTED)

CLAIM AGAINST Patrick Clancy Litation Group (NAME OF PUBLIC ENTITY).

1. CLAIMANT'S NAME: Nicola C. Bucci

2. CLAIMANT'S MAILING ADDRESS: 500 Union Ave.
   (ADDRESS)
   Fairfield           CA.      94533
   (CITY)            (STATE)  (ZIP CODE)

3. AMOUNT OF CLAIM: $ 25,000 +

IF THE AMOUNT CLAIMED EXCEEDS TEN THOUSAND DOLLARS ($10,000), THE AMOUNT OF THE CLAIM SHOULD BE UNSPECIFIED AND CLAIMANT SHOULD INDICATE THE TYPE OF CIVIL CASE:

☐ LIMITED CIVIL CASE ($25,000 OR LESS)

☒ NON-LIMITED CIVIL CASE (OVER $25,000)

4. ITEMIZATION OF CLAIM: (How was the amount claimed above computed; list items totaling amount set forth above, including damages for pain and suffering, if applicable). IF YOU HAVE SUPPORTING DOCUMENTATION FOR THE AMOUNT CLAIMED (BILLS, RECEIPTS, ETC.), PLEASE ATTACH THREE (3) COPIES TO THIS CLAIM.

| ITEM | DOLLAR AMOUNT |
|---|---|
| Continued Pain and Suffering | $1,000,000 US Dollars |
| Intentional Infliction of Emotional Distress & Anguish | $1,000,000 US Dollars |
| Violation of Civil Rights | $500,000 US Dollars |
| Violation of Due Process | $500,000 US Dollars |

(CONTINUE ITEMIZATION ON SEPARATE SHEET, IF NECESSARY)

5. ADDRESS TO WHICH NOTICES ARE TO BE SENT IF DIFFERENT FROM LINES 1 AND 2:

Nicola C. Bucci
(NAME)
431 West Lime Ave.
(STREET OR P.O. BOX NUMBER)
Monrovia         CA.       91016
(CITY)          (STATE)   (ZIP CODE)

6. **DATE & TIME OF ACCIDENT OR LOSS:** 1/7/2007 through 10/12/07

7. **LOCATION OF ACCIDENT OR LOSS (INCLUDE CITY, COUNTY, AND STREET ADDRESS, INTERSECTION, ROAD NUMBERS OR MILE MARKER):**

500 Union Ave
Fairfield CA. 94533

8. **HOW DID THE ALLEGED ACCIDENT OR LOSS OCCUR? STATE ALL FACTS WHICH SUPPORT YOUR CLAIM AGAINST THE PUBLIC ENTITY:**

Patrick Clancy was hired as my defense attorney and paid a sum of $80,000 US to represent my defense case #2006018520. While and during Mr. Clancy was my defense counsel he was reluctant to prepare affirmative defense case. Mr. Clancy was my defense counsel from 1/7/07 thru 10/12/07 a total of ten months. And during that time did not provide adequacy of prepared representation. Due to Mr. Clancy & his inability to provide representation.

(CONTINUE ON SEPARATE SHEET, IF NECESSARY) see attachment

9. **DESCRIBE INJURY / DAMAGE / LOSS:** Violation of Due Process, Intentional Infliction of Emotional Distress, Intentional Infliction of Mental Anguish, Loss of Wages, Violation of Civil Right

(CONTINUE ON SEPARATE SHEET, IF NECESSARY)

10. **NAME OF PUBLIC EMPLOYEE (S) CAUSING INJURY / DAMAGE / LOSS, IF KNOWN:** Patrick E. Clancy "Clancy Litation Group"
1600 S. Main St. Suite 195 Walnut Creek CA. 94596 (925) 639-3158

11. **SIGNATURE OF CLAIMANT OR ATTORNEY/REPRESENTATIVE:**

X _Ninda C. Bunn_   DATED: 10/1/08

12. **DAYTIME TELEPHONE NUMBERS (PLEASE INCLUDE AREA CODE)**
   CLAIMANT                          ATTORNEY/REPRESENTATIVE
   (626) 358-8915  mssg.              (   )

**NOTICE**

SECTION 72 OF THE PENAL CODE PROVIDES:

"EVERY PERSON WHO, WITH INTENT TO DEFRAUD, PRESENTS FOR ALLOWANCE OR FOR PAYMENT TO ANY STATE BOARD OR OFFICER, OR TO ANY COUNTY, CITY, OR DISTRICT BOARD OR OFFICER, AUTHORIZED TO ALLOW OR PAY THE SAME IF GENUINE, ANY FALSE OR FRAUDULENT CLAIM, BILL, ACCOUNT, VOUCHER, OR WRITING," IS GUILTY OF EITHER A MISDEMEANOR OR FELONY AND MAY BE SUBJECT TO IMPRISONMENT AND/OR A FINE.

PATRICK EWING CLANCY

NUMBER   City
60805    WALNUT CREEK

ADMISSION DATE

DEC. 1974

PATRICK E. CLANCY
CLANCY LITATION GROUP
1600 S. MAIN ST. SUITE 195
WALNUT CREEK CA 94596
TEL 925-639-3158

## ATTORNEY RETAINER AGREEMENT
### True Retainer

This is an agreement by which Nicola Christopher Bucci (DOB) 11/21/72), the "Client" hires Patrick Clancy, the "Office" to provide legal services relating to allegations of Second Degree Murder (vehicular and other vehicular charges and by which the Office agrees to provide legal services on the following terms:

### TRIAL PREPARATION

1. This agreement reserves the time for pretrial services prior to trial unless the Client discharges the Office, Office withdraws, or the Client and the Office enter into a separate agreement for additional services.

### ATTORNEY FEES

2(a). The Client agrees to pay the Office for ATTORNEY FEES the non-refundable sum of $80,000.00 per the below listed payment schedule.

Attorney will be refusing to handle other client's matters due to the time that is being set aside for the handling of this matter. Patrick Clancy, accepts a very limited number of criminal cases each year due to the extensive time necessary to property prepare a case of this nature for trial and the limited number of trial slots available each year. Your trial preparation time is being set aside for you. It is for that reason that the fee is non-refundable.

This payment reserves the time for the initial interview, for committing the Office to represent the Client, for the expertise and experience of the Office, pre-complaint negotiations attempting to prevent criminal filing, for routine legal services through preliminary hearing, diversion hearing in the Court of Limited Jurisdiction, Sentencing Hearing in Court of Limited Jurisdiction or Discovery Hearing in Municipal, diversion hearing in the Superior Court, Sentencing Hearings in the Superior Court, Discovery hearings in the superior court, for negotiation of plea bargains, for routine legal motions not listed in Exhibit "A" attached unless the routine legal motions must be modified or updated, and for the routine preparation of Client's case for trial.

The routine preparation of the Client's case for trial includes selecting and direction of investigators, hiring and preparation of expert witnesses, interviewing all witnesses and client to prepare for trial, preparation of voir dire, preparation of opening statement, preparation of jury instructions, preparation of direct and cross-examination of witnesses, issuing of subpoenas for witnesses and evidence, preparation of closing argument.

## TRIAL FEES

3. The trial preparation fee reservation of time covered in paragraph 2 covers up to midnight the day before the case is first set for jury trial.

Client agrees to pay Office to reserve time for trial and costs set forth above, the sum of $2000.00 per day of trial for ATTORNEY FEES. Shortly after the trial date is first set, Office will provide to client an estimate of the number of days of trial and client will immediately deposit with Office the attorney fees to pay for those number of days.

If the case is continued on the date set for trial for reason's other than the "office" is not prepared and needs additional preparation time, the date of the continuance counts as one jury trial day. The reason for this is that if a case is continued, the trial attorney cannot just appear on the next court date for trial based upon the preparation done for the earlier trial date. The entire file must be re-read to have it fresh in the trial attorney's mind and numerous witnesses may need to be re-interviewed to prepare them for their testimony.

Trailing days and waiting days are counted as trial days unless attorney is able to return to his office by 10:00 a.m. to work on other cases. If the attorney is so far from his office do to travel distance that returning to the office is not practical, each trailing day or waiting day counts as a trial date. Attorney will use this time to better prepare the case.

## PAYMENT SCHEDULE

4. Trial preparation fees and trial fees will be paid according to the following schedule.

## TRIAL PREPARATION

**The above mention fee shall be paid as follows:**
1. **The sum of $40,000.00 shall be paid forthwith.**
2. **The additional sum of $40,000 within six weeks.**
3.

## DAYS OF TRIAL

Payment of the estimated number of days of trial shall be deposited with the Office four weeks prior to the first date set for trail.

Attorney will be refusing to handle other client's matters due to the time that is being set aside for the handling of this matter making it a true retainer. Patrick E. Clancy, accepts a very limited number of criminal cases each year due to the extensive time necessary to property prepare a case of this nature for trial and the limited number of trial slots available each year. Your trial time is being set aside for you. It is for that reason that the first (5) days of trial payment is non-refundable as of the payment date list above.

## COSTS

5) The client agrees to deposit into Office's Client Trust Account sufficient funds to cover costs as defined herein.

a) Investigator fees, expert witness fees, polygraph examination fees, laboratory fees, process server fees, travel expenses, lodging, mileage, transcription fees, postage fees, photocopy costs, and fax costs, digitizing audio and video tapes, editing of audio and video tapes to prepare trial exhibits, blow ups and mounting of photographs for trial exhibits. Office will not hire experts and investigators unless sufficient funs to cover the cost of the experts have been deposited into the Trust Account.

b) Client will be notified in writing of the amounts needed and said funds shall be deposited forthwith.

c) The Client authorizes Attorney to draw upon these sums without prior consent from client to pay the costs and/or attorney's fees.

d) If unused funds remain in the Client Trust account at the conclusion of the case, said suns may be used to pay any outstanding attorney's fees.

## WITHDRAWAL AS ATTORNEY OF RECORD FOR NON-PAYMENT OF FEES AND COSTS

6. If the client is late by seven days in any of the payments due under paragraph 2-5, the office has the option of terminating the attorney client relationship and filing a substitution of attorneys form designating the client as his own attorney in pro per. If the office elects this option, client is released from the obligation on all payments due on or after the date of withdrawal. All previously made payments are non- refundable and compensate the office for work done up to the time of withdrawal as attorney of record.

At the time of withdrawal attorney will cease all work on client's case. Attorney will make available the file and all of the work previously performed to client or any new attorney selected by client.

The office will consider being re-retained if the late payment is made, however, office reserves the right to not be re- retained.

## SERVICES NOT COVERED IN RETAINER AGREEMENT

7. The fees and costs set forth in paragraph 2-5 above are not intended to include and do not include any of the following:

(a) Any appellate proceedings, either before or after rendition of judgment or pronouncement of sentence; and

(b) Any legal services to be rendered in the filing of any extraordinary writs in either state appellate courts or federal courts, either before or after trial;

(c) Sentencing, modification of sentence or probation violations;

(d) Any other special requests of the Client not specifically covered by this agreement.

(e) Preparation of Motions to Obtain Out of State Witnesses and hiring of attorney's in other states to arrange for out of state witnesses.

(f) Motions under 2(b).

The Client is aware that work not covered by this agreement shall be billed by the Office at $450.00 per hour.

## COMPLETION OF ATTORNEY AGREEMENT

8. The Office agrees to represent the Client in the defense of the above criminal charges through only one trial. The Office's obligations to the Client will also be discharged if the above charges are compromised or disposed of without trial. Compromise or disposal without trial includes, but is not limited to any of the following:

(1) Inability of the jury to reach a verdict, where the case is tried by jury:

(2) Declaration of a mistrial;

(3) Granting a motion for a new trial;

(4) Granting of probation without the imposition of sentence; or

(5) Ordering of probation by the court without the imposition of sentence.

given for retainers previously paid in the former case.

## GENERAL TERMS

9. The Office reserves the right to associate with other counsel in the preparation of the case.

Page 4 of 6

9. The Office reserves the right to associate with other counsel in the preparation of the case.

10. The Client understands that the Office has made no guarantee about the successful outcome of the case and that any expressions of the Office relative to the case are only expressions of opinion.

11. **ARBITRATION.** Client has been informed and understands that **ATTORNEYS FEES ARE NOT SET BY LAW AND MAY BE NEGOTIATED BETWEEN THE CLIENT AND THE ATTORNEY.** Client and Attorneys do agree that in the event of any dispute between Client and Attorneys as to the amounts of money due and owing to attorneys as to the reasonable value of Attorneys' fees and/or the amount of costs reimbursable to Attorneys, said dispute shall be settled by binding arbitration through the Contra Costa County Bar Association. Any judgment, decision or award by the arbitrator(s) shall be enforceable in any court having jurisdiction. Costs of said arbitration shall be equally divided between the parties. This agreement is the complete contract between the Office and the Client and can be modified only by an agreement in writing signed by both the Office and the Client. The Office maintains errors and omissions insurance coverage applicable to the services to be rendered under this contract agreement.

12. **PAYMENTS.** (a) Unless other arrangements are made, the Client agrees to pay all billings promptly when rendered. All payments are due in full ten (10) days after billing, and are delinquent twenty-five (25) days after billing. The Client agrees to pay a late charge of 1-1/2 per cent per month (18% annual interest) on any delinquent balance;

(b) Client also agrees to maintain a minimum balance in the client trust for costs, services, and motion drafting as discussed elsewhere in this retainer agreement. Client shall maintain in his trust account a balance of $1000.00. Office shall bill the costs and motion drafting against this trust balance and Client has replenish the trust account to the minimum balance when requested to do so;

13. **CLANCY LITIGATION GROUP.** Client is expressly informed and understands that Clancy Litigation Group is an association of attorneys consisting of the separate law practices of Patrick E. Clancy, Dr. Demosthenes Lorandos, John Forsyth, Dennis Ruel, John Hollinrake, and Julie Schumer. While attorneys do or may associate from time to time on various legal matters and have certain resources in common (physical office, etc.), these are separate law practices. Employment of Patrick Clancy, as my attorney pursuant to this Contract of Employment in no way imposes any legal obligations upon the other members of this association known as Clancy Litigation Group and no attorney-client relationship is hereby created with any person or entity other than between Client and Patrick Clancy.

14. Attorneys are authorized to destroy or dispose of Client's files WITHOUT FURTHER NOTICE at any time after two (2) years has passed since Attorney last performed

original documents required by client shall be returned to client and, as to those documents, attorneys may retain a copy. All copies of copying said file, or any portion thereof, constitutes reimbursable costs to attorneys billable to client.

15. Client acknowledges that he has read this agreement, understands its provisions, and agrees to be bound by it.

16. **CHECKS.** Office will not accept any personal checks in excess of $2,500.00. All attorney fees and costs over $2,500.00 shall be paid by cashier's check or by cash.

17. **DEFAULT.** If Client defaults he/she authorizes Attorney to withdraw as attorney of record and agrees to sign a Substitution of Attorney.

Dated: December 28, 2006, at Lafayette, California.

_____    _____
CLIENT                     OFFICE

# PATRICK E. CLANCY, P.C.

### September 24, 2007

**Mr. Frank Bucci**
431 Lime Avenue
Monrovia, CA 91016

Dear Mr. Bucci

Enclosed you will find the statement from Dr. Gabaeff. It explains his billings.

His total bill will be $4500. You have already paid $1500 leaving a balance of $3000.

Dr. Kincaid has estimated his testimony fees and driving to Fairfield at $1500.

I estamate the trial will last for 5-7 days. My daily rate for trial is $2000 for a total of $10,000 to $14,000.

The original fee covered the preparation of the case which has now been completed. The fees for the trial are due and owing now.

Sincerely yours,

Patrick E. Clancy

1. 3) Attorney-Client Relationship in General

VII STATE STATUES: Penal Code § 72.551
1.) Duty of Competence: negligence and carelessness in handling matter of clients. Bus & Prof. 6077
2.) Duty of Diligence in Representation: Willful failure to perform legal service constitutes Breach of Good Faith and Fiduciary duty. Bus & Prof Code 6067, 6068
3.) Duty to Communicate:
a. Duty to communicate and inform client of case development. Bus & Prof. 6067
b. Duty to communicate settlement offer to client. Bus & Prof Code 6103.5

VIII CALIFORNIA RULES OF PROFESSIONAL CONDUCT: Penal Code § 72.552
2.) Duty to Communicate: Duty to communicate and inform client of case development; No discipline for failure to communicate insignificant or IRRELEVENT information. Cal. Rules Prof. Conduct, Rule 3-500
3.) Prohibited Conduct: Bringing legal action with probable cause. Cal. Rule Prof. Conduct, rule 3-200(a)

VIV. STATE STANDARDS FOR ATTORNEY SANCTIONS: Penal Code § 72.553
Willful failure to communicate with client. Cal State B. Stds for Atty Sanctions, Std. 2-4.

X STATE STATUTES: Penal Code § 72.571: Attorney Conduct: Attorney's conduct constituting moral turpitude. Bus & Prof. Code. 6106.

XI STATE STATUTES: Penal Code § 72.598
1.) Manner of obtaining substitution of attorney. Penal Code, Civ. Prof. 284

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☒)

Nicola C. Bucci

**DEFENDANTS** Patrick Clancy Attorney at Law
3700 Mt. Diablo #200    1600 S. Main St. #195
Lafette CA. 94549       Walnut Creek CA. 94596
(925) 639-3158          (925) 639-3158

**(b) County of Residence of First Listed Plaintiff** (Except in U.S Plaintiff Cases):
Solano

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):
Contra Costa

**(c) Attorneys** (Firm Name, Address and Telephone Number If you are representing yourself, provide same.) Pro Per

Nicola C. Bucci
500 Union Ave.
Fairfield CA. 94533

Attorneys (If Known)
N/A

**II. BASIS OF JURISDICTION** (Place an X in one box only)

- ☐ 1 U.S Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** JURY DEMAND: ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No    ☒ MONEY DEMANDED IN COMPLAINT: $ 3,000,000 US dollars

**VI. CAUSE OF ACTION** (Cite the U.S Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity)

Patrick Clancy. Violated my U.S.C.A. Const Amend 6, due process, State Statues penal codes 72.551, 72.552, 72.553, 72.571, 72.531, 80.02; Bus & Prof. code 6067, 6103

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | | | ☒ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | |
| ☐ 490 Cable/Sat TV | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/PENALTY | ☐ 791 Empl. Ret. Inc Security Act |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 891 Agricultural Act | ☐ 190 Other Contract | ☐ 362 Personal Injury- Med Malpractice | ☐ 443 Housing/Accommodations | | ☐ 840 Trademark |
| ☐ 892 Economic Stabilization Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 894 Energy Allocation Act | REAL PROPERTY | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 895 Freedom of Info Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 220 Foreclosure | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| | ☐ 230 Rent Lease & Ejectment | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | ☐ 440 Other Civil Rights | | FEDERAL TAX SUITS |
| | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 890 Other Statutory Actions | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No  ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: _____

EDCA-JS44 (01/05)    CIVIL COVER SHEET    Page 1 of 2

EDCA JS 44 Reverse (Rev. 01/05)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.** **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.** **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**     Example:     U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff's name: Nicola C. Bucci

vs.   Case Number:

Defendant's name:

Patrick Clancy   /   **PROOF OF SERVICE**

I, the undersigned, hereby certify that I am over the age of eighteen years and not a party to the above-entitled action.

On 1ST October, 20 08, I served a copy of _____

_____, by

placing said copy in a postage paid envelope addressed to the person hereinafter listed, by

depositing said envelope in the United States Mail:

**(LIST ALL DEFENDANTS SERVED IN THIS ACTION)**

Patrick Clancy
3700 Mt Diablo #200

I declare under penalty of perjury that the foregoing is true and correct.

_____ Nicola C. Bucci _____
(Signed)